IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO LEWAYNE PILCHER,

    Petitioner,                     No. CIV S-11-3044 CKD P

    vs.

ALLEN PEPPER, JR., et al.,

    Respondents.                ORDER

_____/

        Petitioner, a prisoner at Federal Correctional Institution, Herlong, has filed a document the court construes as a motion attacking his sentence under 28 U.S.C. § 2255.[1] Such a motion must be brought in the court that imposed the sentence under attack. 28 U.S.C. § 22545(a). Petitioner's sentence was imposed in the United States District Court for the Northern District of Mississippi. Therefore, the court will order this action transferred there.

/////

/////

/////

---

[1] The document submitted is actually a completed Eastern District of California form-application for writ of habeas corpus under 28 U.S.C. § 2241. However, petitioner challenges his federal conviction and, thus, the imposition of his sentence. Such a challenge generally must be made through a § 2255 motion rather than a § 2241 petition for writ of habeas corpus (a proper § 2241 petition generally challenges the execution, rather than the imposition of a federal sentence). Hernandez v. Campbell, 204 F.3d 861, 864 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Northern District of Mississippi.

Dated: December 1, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
milc3044.108